UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PLANT HEALTH INTERMEDIATE, INC.,

                Plaintiff,  **ORDER**

v.

                20-CV-7249 (PMH)
                [Related: 19-CV-3017 (PMH)]

RUPERT CAMPBELL and CLARE
REINBERGEN,

                Defendants.
---------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court, pursuant to Federal Rule of Civil Procedure 42(a)(2) *sua sponte* consolidates the above captioned case into the action entitled *Campbell v. Plant Health Intermediate, Inc.* (19-CV-3017). Unless otherwise ordered by this Court, future filings shall be filed and docketed only under docket number 19-CV-3017.

      Additionally, the Court grants Defendants' request for permission to move to dismiss Plaintiff's Amended Complaint in 20-CV-7249. Defendants shall serve, not file, their motion to dismiss by February 17, 2021; Plaintiff shall serve, not file, its opposition by March 10, 2021; and Defendants shall serve their reply by March 24, 2021. All moving papers shall be filed via ECF on March 24, 2021.

      Furthermore, by January 15, 2021, the parties shall submit a joint proposed Second Amended Civil Case Discovery Plan and Scheduling Order with reasonable modifications to the current discovery deadlines to permit discovery in 20-CV-7249 to proceed on the same track as discovery in 19-CV-3017.

Dated: New York, New York　　　　　　**SO ORDERED.**
　　　　January 13, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　United States District Judge