UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE CAMPBELL, as Seller Representative,

Plaintiff,

-against-

PLANT HEALTH INTERMEDIATE, INC.,

Defendant.

**ORDER**

19-CV-03017 (PMH)

[rel. 20-CV-07249; 21-CV-07920]

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of Plant Health Intermediate, Inc.'s ("PHI") Notice of Motion regarding its motion for summary judgment pursuant to Fed. R. Civ. P. 56. (Doc. 147). The moving party has failed to identify with specificity which claims for relief and/or counterclaims are subject of its motion. Accordingly, PHI is directed to, by **March 5, 2024 at 5:00 p.m.**, file an Amended Notice of Motion identifying with specificity by index number which claims for relief and/or counterclaims are subject of its motion for summary judgment.

SO ORDERED:

Dated: White Plains, New York
March 1, 2024

_____
PHILIP M. HALPERN
United States District Judge